GREGORY FEREND Co., INC., Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 24226.)

Argued January 21, 1938; decided March 1, 1938.

594

*Arthur G. Syran* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden, Jacob S. Honigsbaum* and *Henry Epstein* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.